UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES GOVERNMENT,<br><br>    Defendant. | NO. CV-10-5069-EFS<br><br>**ORDER DISMISSING LAWSUIT DUE TO FAILURE TO COMPLY WITH COURT ORDER** |

On June 23, 2010, an Order was entered requiring Plaintiff John William Wallace to either file an Application to Proceed In Forma Pauperis or pay a filing fee. (Ct. Rec. 2.) Plaintiff failed to comply with this Order. Accordingly, the Court **HEREBY ORDERS**:

1.  this file shall be **CLOSED**, and

2.  an appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

**IT IS SO ORDERED.** The District Court Executive shall forward a copy of this Order to Plaintiff.

**DATED** this    2nd    day of February 2011


                    S/ Edward F. Shea
                    EDWARD F. SHEA
              United States District Judge

Q:\Civil\2010\5069.dismiss.ifp.wpd

ORDER - 1